## James H. Ritson, Appellee, v. New York, Chicago and St. Louis Railroad Company, Appellant.

### Gen. No. 44,547.

opinion filed January 24, 1949; released for publication February 4, 1949. Winston, Strawn, Shaw & Black, for appellant; George B. Christensen, Douglas C. Moir and Edward J. Wendrow, of counsel; A. H. Dudnik and Edward S. Cody, for appellee; Harley S. Cook, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## Everett Simpson, Appellant, v. The Best Laundry Company, Appellee.

### Gen. No. 44,570.

opinion filed January 24, 1949; released for publication February 4, 1949. Everett Simpson, *pro se;* no appearance for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**